In the Matter of the Application of MOREWOOD REALTY HOLDING COMPANY, Appellant, for a Peremptory Order of Mandamus against CHARLES H. SCHMIDT,

Town Clerk, and Others, Constituting the Town Board of the Town of North Hempstead, Nassau County, Respondents.— Motion to add appeal to the November term calendar denied. Present — Lazansky, P. J., Carswell, Scudder, Tompkins and Davis, JJ.